

# United States District Court
# Eastern District of California

| JELLY BELLY CANDY COMPANY | |
|---|---|
| Plaintiff(s) | Case Number: 2:22-cv-01509 DAD JDP |
| V. | |
| DAVID KLEIN | APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER |
| Defendant(s) | |

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Eric D. Wong hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:
Jelly Belly Candy Company

On November 12, 2007 (date), I was admitted to practice and presently in good standing in the State Bar of New Jersey (court). On April 24, 2008 (date), I was admitted to practice and presently in good standing in the State Bar of New York.
Certificates of good standing from these courts are submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☒ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: September 6, 2022          Signature of Applicant: /s/ *Eric D. Wong*
                                                              Eric D. Wong



**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Eric D. Wong |
| Law Firm Name: | Greenberg Traurig, LLP |
| Address: | 500 Campus Drive |
| | Suite 400 |
| City: | Florham Park   State: NJ   Zip: 07932 |
| Phone Number w/Area Code: | (973) 360-7900 |
| City and State of Residence: | Ridgewood, NJ |
| Primary E-mail Address: | wonge@gtlaw.com |
| Secondary E-mail Address: | |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Michael D. Lane |
| Law Firm Name: | Greenberg Traurig, LLP |
| Address: | 1201 K Street |
| | Suite 1100 |
| City: | Sacramento   State: CA   Zip: 94814 |
| Phone Number w/Area Code: | (916) 442-1111   Bar # 239517 |

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: September 22, 2022

*/s/ Dale A. Drozd*
JUDGE, U.S. DISTRICT COURT

---

U.S. District Court – Pro Hac Vice Application
Revised July 6, 2021

Page 2

