**GT GreenbergTraurig**

Eric D. Wong
Tel 973.360.7900
wonge@gtlaw.com

November 3, 2022

<u>**VIA ECF**</u>
Honorable Dale A. Drozd

Re:  *Jelly Belly Candy Company v. Klein*
     <u>Docket No. 2:22-cv-01509-DAD-JDP</u>

Dear Judge Drozd:

On behalf of Plaintiff Jelly Belly Candy Company ("Jelly Belly"), we write in response to the November 2, 2022 Notice (Dkt. No. 13) filed by Defendant David Klein ("Plaintiff"), claiming that he has not received a copy of the Summons and Complaint by email.

By Minute Order dated October 28, 2022, the Court granted Jelly Belly's motion for leave to serve Defendant by alternative means, and specifically "authorized [Jelly Belly] to effect service on defendant by emailing defense counsel at farva@jafrilawfirm.com and amna@jafrilawfirm.com and by emailing defendant at the recent email address plaintiff references on page 9 of its motion." Dkt. No. 12. The email address referenced on page 9 of Jelly Belly's motion was identified in Exhibit 4 to the Declaration of Eric Wong, filed in support of Jelly Belly's motion for alternative service. Dkt. No. 10-1, at 16.

As set forth in Jelly Belly's November 3, 2022 Proof of Service (Dkt. No. 15), on October 28, 2022, counsel for Jelly Belly served the Summons and Complaint on Plaintiff by sending the same to the email addresses referred to in the Minute Order. Accordingly, service of process was effected on October 28, 2022.

Notably, counsel for Jelly Belly did not receive any undeliverable notice in response to the emails effecting service. Moreover, as the Court noted in its Minute Order, service by email as set forth above was "reasonably calculated to provide defendant with actual notice of this pending case" (Dkt. No. 12), and, in fact, Defendant does have actual notice of this action. Notwithstanding the foregoing, we would be happy to provide Defendant with another courtesy copy of the Summons and Complaint via email to another address if he identifies one.

We thank the Court for its continued attention to this matter.

Respectfully submitted,

GREENBERG TRAURIG, LLP
By: <u>*/s/ Eric D. Wong*</u>
    Eric D. Wong
    Attorneys for Plaintiff

cc: Defendant David Klein (by UPS)

ALBANY
AMSTERDAM
ATLANTA
AUSTIN
BOCA RATON
BOSTON
CHICAGO
DALLAS
DELAWARE
DENVER
FORT LAUDERDALE
HOUSTON
LAS VEGAS
LONDON*
LOS ANGELES
MEXICO CITY+
MIAMI
MILAN**
NEW JERSEY
NEW YORK
NORTHERN VIRGINIA
ORANGE COUNTY
ORLANDO
PHILADELPHIA
PHOENIX
ROME**
SACRAMENTO
SAN FRANCISCO
SEOUL~
SHANGHAI
SILICON VALLEY
TALLAHASSEE
TAMPA
TEL AVIV^
TOKYO¤
WARSAW~
WASHINGTON, D.C.
WESTCHESTER COUNTY
WEST PALM BEACH

* OPERATES AS
  GREENBERG TRAURIG MAHER LLP
+ OPERATES AS
  GREENBERG TRAURIG, S.C.
~ STRATEGIC ALLIANCE
** OPERATES AS
  GREENBERG TRAURIG LLP
  FOREIGN LEGAL CONSULTANT OFFICE
^ A BRANCH OF
  GREENBERG TRAURIG, P.A.,
  FLORIDA, USA
¤ OPERATES AS
  GT TOKYO HORITSU JIMUSHO
= OPERATES AS
  GREENBERG TRAURIG GRZESIAK SP K

GREENBERG TRAURIG, LLP ■ ATTORNEYS AT LAW
500 Campus Drive, Ste 400 ■ Florham Park, New Jersey 07932-0677 ■ Tel 973.360.7900 ■ Fax 973.301.8410