UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JELLY BELLY CANDY COMPANY, | Case No. 2:22-cv-01509-DAD-JDP (PS) |
| Plaintiff, | ORDER DENYING DEFENDANT'S MOTION FOR PERMISSION TO FILE DOCUMENTS ELECTONRICALLY |
| v. | |
| DAVID KLEIN, | ECF No. 19 |
| Defendant. | |

Defendant, who is proceeding without counsel, has filed a renewed motion seeking permission to file documents electronically. ECF No. 19. Generally, "any person appearing pro se may not utilize electronic filing except with permission of the assigned Judge or Magistrate Judge." E.D. Cal. L.R. 133(b)(2). "Requests to use paper or electronic filing as exceptions from these Rules shall be submitted as stipulations as provided in L.R. 143 or, if a stipulation cannot be had, as written motions setting out an explanation of reasons for the exception." E.D. Cal. L.R. 133(b)(3).

Defendant's motion neither indicates whether a stipulation to file electronically was sought nor demonstrates good cause for a departure from the normal filing procedure for unrepresented litigants.[1] The motion is therefore denied. If the case proceeds and defendant has

---

[1] Defendant's initial motion to file documents electronically explained that he resides in Florida and has difficulty traveling due to impaired vision. ECF No. 14. As defendant already

1

not abused the filing procedures, the court may entertain another motion.

      Accordingly, it is hereby ORDERED that defendant's motion for permission to file documents electronically, ECF No. 19, is denied.

IT IS SO ORDERED.

Dated:  December 8, 2022

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

---

appears to know, he does not need to travel to the courthouse to file documents; he can submit filings by mail.  Notably, defendant has demonstrated an adequate ability to file documents in this action.