1  KURT A. KAPPES – SBN 146384
2  MICHAEL D. LANE – SBN 239517
   GREENBERG TRAURIG, LLP
3  1201 K Street, Suite 1100
   Sacramento, CA  95814-3938
4  Telephone:  (916) 442-1111
   Facsimile:  (916) 448-1709
5  kappesk@gtlaw.com
   lanemd@gtlaw.com

6  Attorneys for Plaintiff,
7  JELLY BELLY CANDY COMPANY

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JELLY BELLY CANDY COMPANY, | Civil Action No. 2:22-cv-01509-KHM-JDP |
| Plaintiff, | |
| v. | **PROOF OF SERVICE** |
| DAVID KLEIN, | |
| Defendant. | |

*Joshua Day, et al. vs. Leo L. Fong, M.D. et al.*
Fresno County Superior Court Case No. 22CECG03569

## DECLARATION OF SERVICE

I am a citizen of the United States, over the age of 18 years, and not a party to or interested in this action. I am employed in the County of Sacramento, State of California and my business address is Greenberg Traurig, LLP, 1201 K Street, Suite 1100, Sacramento, CA 95814. On this day I caused to be served the following document(s):

**1. PLAINTIFF JELLY BELLY CANDY COMPANY'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS;**

**2. DECLARATION OF MICHAEL D. LANE IN SUPPORT OF PLAINTIFF JELLY BELLY CANDY COMPANY'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS; and**

**3. REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFF JELLY BELLY CANDY COMPANY'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS**

☒    By placing ☐ the original ☒ a true copy into sealed envelopes addressed and served as follows:

| | |
|---|---|
| David Klein<br>8749 NE Jacksonville Road<br>Anthony, Florida 32617<br>Telephone: (909) 964-5353 | *Defendant In Pro Per* |

☐ **BY MAIL**: I am familiar with this firm's practice whereby the mail, after being placed in a designated area, is given fully prepaid postage and is then deposited with the U.S. Postal Service at Sacramento, California, after the close of the day's business.

☐ **BY PERSONAL SERVICE**: I caused such envelope to be delivered by hand.

☒ **BY OVERNIGHT COURIER**: I caused such envelope to be placed for collection and delivery in accordance with standard overnight delivery procedures for delivery the next business day.

☐ **BY ELECTRONIC TRANSMISSION**: My electronic service address is: babera@gtlaw.com. Such document was transmitted by electronic mail to the addressee's email address as set forth above, pursuant to agreement of counsel in this action.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on December 19, 2022, at Sacramento, California.

*/s/ Alice Baber*
Alice Baber