UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JELLY BELLY CANDY COMPANY, | Case No. 2:22-cv-01509-DAD-JDP |
| Plaintiff, | ORDER WITHDRAWING THE REFERRAL TO THE MAGISTRATE JUDGE |
| v. | |
| DAVID KLEIN, | |
| Defendant. | |

This case, in which defendant was proceeding without counsel, was referred to me pursuant to Eastern District of California Local Rule 302(c)(21). *See* 28 U.S.C. § 636(b)(1). On January 12, 2023, attorney Mykola Ishchuk filed an application to appear *pro hac vice* on behalf of defendant.

Because defendant has retained counsel, the referral to the magistrate judge will be withdrawn, and the case will be referred back to the district judge. I will, however, continue to perform the usual discovery tasks associated with ordinary civil cases.

Accordingly, it is hereby ORDERED that the referral of this case to the magistrate judge is withdrawn and the case is referred back to the district judge.

1

IT IS SO ORDERED.

Dated: ___January 20, 2023___                    _____
                                                  JEREMY D. PETERSON
                                                  UNITED STATES MAGISTRATE JUDGE