

# United States District Court
# Eastern District of California

| JELLY BELLY CANDY COMPANY | Case Number: 2:22-cv-01509-KHM-JDP |

Plaintiff(s)

V.

| DAVID KLEIN |

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Mykola Ishchuk _____ hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:
David Klein

On ___09/23/2019___ (date), I was admitted to practice and presently in good standing in the ___Supreme Court of Minnesota___ (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: __12/23/2022__    Signature of Applicant: /s/ Mykola Ishchuk

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Mykola Ishchuk |
| Law Firm Name: | Jafri Law Firm |
| Address: | 50 Evergreen Row |
| City: | Armonk   State: NY   Zip: 10504 |
| Phone Number w/Area Code: | (800) 593-7491 |
| City and State of Residence: | Philadelphia, PA |
| Primary E-mail Address: | Mykola@jafrilawfirm.com |
| Secondary E-mail Address: | ishchukm@yahoo.com |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Daniel Berko |
| Law Firm Name: | Law Office of Daniel Berko |
| Address: | 819 Eddy St. |
| City: | San Francisco   State: CA   Zip: 94109 |
| Phone Number w/Area Code: | (415) 771-6174   Bar # 94912 |

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: February 13, 2023

*Dale A. Drozd*
JUDGE, U.S. DISTRICT COURT