LAW OFFICE OF DANIEL BERKO
DANIEL BERKO, State Bar No. 94912
819 Eddy Street
San Francisco, CA 94109
Tel: 415.771.6174
Fax: 415.474.3748
E-mail: daniel@berkolaw.com

Attorney for Defendant, DAVID KLEIN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JELLY BELLY CANDY COMPANY,<br><br>         Plaintiff,<br>-vs-<br><br>DAVID KLEIN,<br><br>         Defendant. | Case No. 2:22-cv-01509-KHM-JDP<br><br>DECLARATION OF DAVID KLEIN IN SUPPORT OF RESPONSE TO MOTION OF JAFRI LAW FIRM TO WITHDRAW AS COUNSEL<br><br>DATE:   JUNE 6, 2023<br>TIME:   1:30 PM<br>COURTROOM: 4 |

I, DAVID KLEIN, declare and state:

1. I am the defendant in this action, and make this declaration in support of my response to the JAFRI FIRM's motion to withdraw as counsel.

2. I do not agree that the Jafri Firm has good cause to withdraw.

3. I do not agree that the Jafri Firm has good cause due to any breach of contract on my part.

4. However, the fact the Jafri Firm filed its motion, making the statements they made, demonstrates that the relationship has broken down in this case and I need other counsel in this case. Mr. Berko has agreed to step up and represent me in this case.

1

5. I request that any Order granting the Jafri Firm leave to withdraw state that it is without prejudice to any determination as to whether I am (or they are) in breach of the contract I have with them on this case.

I declare under the penalty of perjury under the laws of the United States and California that the foregoing is true and correct and that this declaration is executed on May 12, 2023 at <u>Anthony,</u> Florida.

*David Klein*
David Klein (May 12, 2023 18:17 EDT)
DAVID KLEIN

CERTIFICATE OF SERVICE

UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA

On May 12, 2023, I served the foregoing documents described as

**DECLARATION OF DAVID KLEIN ISO OPPOSITION TO**

**MOTION TO WITHDRAW**

on all interested parties as stated below:

I HEREBY CERTIFY THAT ON MAY 12, 2023, A COPY OF FOREGOING NOTICE OF APPEARANCE WAS FILED ELECTRONICALLY [AND SERVED BY MAIL ON ANYONE UNABLE TO ACCEPT ELECTRONIC FILING].

NOTICE OF THIS FILING WILL BE SENT BY E-MAIL TO ALL PARTIES BY OPERATION OF THE COURT'S ELECTRONIC FILING SYSTEM [OR BY MAIL TO ANYONE UNABLE TO ACCEPT ELECTRONIC FILING]. PARTIES MAY ACCESS THIS FILING THROUGH THE COURT'S SYSTEM.

DATED MAY 12, 2023.

CINE JOHNSON