1  **GREENBERG TRAURIG, LLP**
   KURT A. KAPPES – SBN 146384
2  kappesk@gtlaw.com
   MICHAEL D. LANE – SBN 239517
3  mdlane@gtlaw.com
   HENRY A. STROUD – SBN 342479
4  henry.stroud@gtlaw.com
   400 Capitol Mall, Suite 2400
5  Sacramento, CA 95814
   Telephone: (916) 442-1111
6  Facsimile: (916) 448-1709

7  Attorneys for Plaintiff
   JELLY BELLY CANDY COMPANY
8
   **LAW OFFICE OF DANIEL BERKO**
9  DANIEL BERKO – SBN 94912
   daniel@berkolaw.com
10 819 Eddy Street
   San Francisco, CA 94109
11 Telephone: (415) 771-6174
   Facsimile: (415) 474-3748
12
   Attorney for Defendant
13 DAVID KLEIN

14

15                    **UNITED STATES DISTRICT COURT**

16                    **EASTERN DISTRICT OF CALIFORNIA**

17

18 | JELLY BELLY CANDY COMPANY, | Civil Action No. 2:22-cv-01509-KHM-JDP |
19 | Plaintiff, | |
20 | v. | **STIPULATION AND [PROPOSED] ORDER TO AMEND COMPLAINT** |
21 | DAVID KLEIN, | |
22 | Defendant. | |

Case No. 2:22-cv-01509-KHM-JDP
**STIPULATION AND [PROPOSED] ORDER TO AMEND COMPLAINT**

Plaintiff Jelly Belly Candy Company ("JBCC") and Defendant David Klein ("Mr. Klein") (collectively "Parties"), by and through their respective counsel, hereby stipulate and agree as follows:

WHEREAS, on December 26, 2024, JBCC filed a Motion for Leave to Amend the Complaint [ECF No. 44], which attached a proposed First Amended Complaint as Exhibit 2 to the accompanying Declaration of Henry A. Stroud [ECF No. 44-2];

WHEREAS, on January 1, 2025, Mr. Klein consented to JBCC's amendment of the Complaint and filing of the First Amended Complaint;

WHEREAS, Federal Rule of Civil Procedure 15(a)(2) permits any party to file an amended pleading "with the opposing party's written consent."

BASED ON THE FOREGOING, THE PARTIES STIPULATE AND AGREE AS FOLLOWS:

1. Pursuant to Federal Rule of Civil Procedure 15(a)(2), Mr. Klein consents to JBCC's amendment of its Complaint in the form proposed in JBCC's Motion for Leave to Amend the Complaint.

2. JBCC may file the First Amended Complaint;

3. Upon filing of the First Amended Complaint, JBCC's Motion for Leave to Amend the Complaint [ECF No. 44] shall be withdrawn as moot; and

4. Mr. Klein shall have 21 days from the service of the filed First Amended Complaint to file a response.

**IT IS SO STIPULATED.**

Dated: January 6, 2025　　　　　　　　　　　GREENBERG TRAURIG, LLP

By: */s/ Kurt A. Kappes*
　　Kurt A. Kappes
　　Michael D. Lane
　　Henry A. Stroud

　　Attorneys for Plaintiff
　　JELLY BELLY CANDY COMPANY

Dated: January 6, 2025　　　　　　　　　　　LAW OFFICE OF DANIEL BERKO

By: */s/ Daniel Berko*
　　Daniel Berko

　　Attorney for Defendant
　　DAVID KLEIN

**IT IS SO ORDERED.**

Dated: _____         _____
                                                                           Hon. Dale A. Drozd
                                                                           United States District Judge