| | |
|---|---|
| 1 | **GREENBERG TRAURIG, LLP** |
| 2 | KURT A. KAPPES – SBN 146384<br>kappesk@gtlaw.com |
| 3 | MICHAEL D. LANE – SBN 239517<br>mdlane@gtlaw.com |
| 4 | HENRY A. STROUD – SBN 342479<br>henry.stroud@gtlaw.com |
| 5 | 400 Capitol Mall, Suite 2400<br>Sacramento, CA 95814 |
| 6 | Telephone: (916) 442-1111<br>Facsimile: (916) 448-1709 |

Attorneys for Plaintiff
JELLY BELLY CANDY COMPANY

**LAW OFFICE OF DANIEL BERKO**
DANIEL BERKO – SBN 94912
daniel@berkolaw.com
819 Eddy Street
San Francisco, CA 94109
Telephone: (415) 771-6174
Facsimile: (415) 474-3748

Attorney for Defendant
DAVID KLEIN

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JELLY BELLY CANDY COMPANY,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DAVID KLEIN and WELLY JELLY LLC,<br><br>　　　　Defendants. | Civil Action No. 2:22-cv-01509-DAD-JDP<br><br>**JOINT STIPULATION OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE; [PROPOSED] ORDER** |

**TO THE CLERK OF THE COURT, ALL INTERESTED PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

The parties to this action, acting through counsel, and pursuant to Rules 41(a)(1)(A)(i) and 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate, in consideration of a negotiated settlement executed by them, to the Dismissal with Prejudice of this action, including all claims stated herein against all parties. Dismissal is proper as to Defendant Welly Jelly LLC under Rule 41(a)(1)(A)(i) because Welly Jelly has not appeared in this action. Dismissal is proper as to Defendant David Klein under Rule 41(a)(1)(A)(ii) because Mr. Klein joins in this stipulation. Each party shall bear his or its own costs and attorneys' expenses.

Dated: May 15, 2025　　　　　　　　　　　GREENBERG TRAURIG, LLP

By: */s/ Kurt A. Kappes*
　　Kurt A. Kappes
　　Michael D. Lane
　　Henry A. Stroud

　　Attorneys for Plaintiff
　　JELLY BELLY CANDY COMPANY

Dated: May 15, 2025　　　　　　　　　　　LAW OFFICE OF DANIEL BERKO

By: */s/ Daniel Berko*
　　Daniel Berko

　　Attorney for Defendant
　　DAVID KLEIN

**ORDER**

The stipulation is approved.  The entire action, including all claims stated herein against all parties, is hereby dismissed with prejudice.

**IT IS SO ORDERED.**


Dated: _____        _____
                                                                      Hon. Dale A. Drozd
                                                                      United States District Judge